Appeal No. 79-333. Joseph Prete *v.* Leo P. Baronian *et al.* On February 27, 1980, plaintiff was ordered to appear before this court on Monday, April 7, 1980, at 9:30 a.m. to show cause why his appeal in the above-entitled case should not be dismissed for lack of prosecution for failure to have filed a brief in accordance with Rule 16 of the rules of this court. Since plaintiff failed to appear to show cause pursuant

to this order, his appeal is hereby dismissed for lack of prosecution.

*John A. Varone, Matthew J. Zito,* for plaintiff. *Edwards & Angell, Stephen O. Meredith,* for Intervenors-Defendants.